Case number 21-3518, USA v. Adam Carson, oral argument 15 minutes per side. Mr. Shad for the appellant. Counsel, sorry we had some technical difficulties but we're here with you now so we're ready to go and Mr. Shad just let us know how much time you want for rebuttal. Thank you your honor and may it please the court I'm here this afternoon representing Adam Carson and I believe I've reserved four minutes for rebuttal if I may. That's great you may proceed. Thank you your honors. The district court in this case took Adam Carson's money without due process without providing him any process whatsoever. In addition to that the district court entered an order taking the money but that order doesn't have sufficient findings in it either for the statute or to allow this court to have any kind of meaningful appellate review of the district court's decision in this case. And finally to the extent that the district court does have findings in that order the record isn't sufficient to allow this court to even uphold the district court's decision on either of the necessary prongs that are required for the taking of the money in this case. That is that the money is a quote-unquote substantial resource one time substantial resource or that the money is non-exempt. For all of these reasons we're asking the district court's order to be reversed and the money to be given back to appellate Carson. So counsel if we agree with your second point that we should remand for further findings maybe to second third points can we leave your first point aside? I think you can your honor as long as you further provide that the that Mr. Carson be given his day in court as to those topics. So in other words I don't think you have to necessarily rule on the due process of finding as long as Mr. Carson gets the opportunity to have a his day in court as to whether or not it's a substantial resource and whether or not it's exempt or non-exempt funds. And I assume you by that you mean he the court could do it via pleadings and otherwise unless it determines it needs a hearing. I believe that to be the case your honor. I don't think that a that a physical hearing is necessarily necessary depending on how the evidence shakes out and whether there's a disagreement as to the evidence but more than likely it's probably going to be a matter of pleadings and exhibits. What does substantial resources mean? Is it a relative term? How's the district court to figure it out? So your honor the statute doesn't obviously define what a substantial resource is. Other circuits have defined it as along the lines of a windfall or a one-time unusual payment or an unusual influx of income that's not in the necessary form of like regular income that you would get from working. So but I do believe that it's probably up to the district court in the first instance to not only kind of define what substantial resource is but then define that it actually does apply in this case. Does it you mentioned one-time payment does it have to be a one-time payment? What if the family gave him three hundred dollars every week? So the I think there is that that is a it is a problem right? We don't know since we don't know what substantial resources is I think that it would be unfair to say that it can only be a one-time substantial payment of let's say x thousand dollars right? But as to whether or not the family gives him three hundred dollars a week and then he uses that for living expenses and eating and whatnot as to whether or not that's a substantial resource under the terms of 3664n. I do believe that's up to the district court to decide in the context of the particular case because I think the maybe the the not correct thing to do would be to try to label it something very specific. In other words you know a one-time payment of over twenty five hundred dollars is a substantial resource because that might be true for one inmate but it might not be true for another inmate. Would it be a discretionary call by the district court? I think it would be if it goes back up to appeal it would certainly be reviewed for abuse of discretion I think yes. But but none of that was actually decided in this case if you take a look at the the court's order that orders the the the money it doesn't even talk about that it is a substantial resource or that it's non-exempt funds it just says there's money in the inmate account take all of it except for three hundred dollars and that clearly doesn't make it under the statute under any of the statutes. Well do you have any argument that this is not a substantial amount it's four thousand dollars is like maybe over 75 percent of the restitution award? So I the the reason that I don't have a good answer for that question is twofold. One obviously Mr. Carson never got his day in court and so we don't know we don't know from his side where that what what that four thousand dollars represents. We also don't know when the government does that does that does that um that doesn't go to substantial that goes to whether it's work whether it's work related money or something else. It does but the the government never indicated where that those funds came from as well they just found that there was four thousand dollars sitting in his account. I know my point my question my question was just about the substantial yeah so I don't know how there's I don't I don't what's what's the best argument this is not? Well and I think that the Hughes probably the Hughes argument or the Hughes case out of the fifth circuit and Poff out of the ninth both talk about a defendant can work in Unicor he can accumulate money over time that might turn out to be thousands of dollars but that doesn't mean that that's a substantial resource right because and the reason they give for that is that because it accumulates slowly over time and not big chunks. So Poff though you you agree it found that a cash deposit of 2,600 and change was enough. I disagree with that so in Poff they they actually didn't find that what they found was that he had 2,664 dollars in his account they actually remanded that case to try to determine how much of that was a deposit and how much of that was income that he received. No I agree with that but I thought they said something to the effect of it would be substantial. If it was a one-time payment but they didn't but Judge Raebler's question is a good one right which is it sounds at least in your point is you've got a remand that you can't determine on this record. His point is under what scenario would 4,000 not be substantial and you concede if it's a one-time deposit or some large chunk of it is that would be substantial. Yes and then you would go on to the second part of that is this that it is substantial yes and like I said I don't I think that substantial resources again is going to be different for every defendant because of the particularities but you know a one-time chunk of 4,000 is probably going to be in the ballpark to get the government over the first hurdle to get to the second. But are you saying it does not have to be a one-time sum of money or are you saying it depends on the circumstances? It depends on the circumstances like the I believe it's the eighth circuit held in the kid case that that you're usually looking at a one-time unusual payment but it doesn't have to be just one time if it's still an unusual influx of money at one time. But you know to kind of to judge the pars scenario if the if the family gave 300 every x number of weeks and then accumulated over the time I think you got a pretty good argument that that might not be a substantial resource along the lines of the windfall the judgment the you know the things that are kind of listed as examples in the statute although I will admit that the statute even though it lists those as examples those those aren't the only things that it can't do. So how do you if you have an account that includes earnings and deposits by family how do you how do you know which money the money is how do you know whether what's there is from earnings or from the family? Right and so I think that's why a record at the district court level with findings would flesh all that out because you could you know the way that the BOP system works and I'm again working a little bit it's outside of the record here but kind of the way the BOP system works is when a defendant gets money into his system there's a recording of kind of where how that money got into the system and certainly there can be proof on okay well this came from a lottery winning or this came from the family this came from Unicor there's all that that's going to be within the system that a district court's going to parse through and say okay this money is a substantial resource it's a windfall this money is not it's either weekly allowance from family or it's or it's Unicor money and therefore I can make the I can make the finding based upon those findings again none of that done in this case there was just an allegation hey there's four thousand in an account let's take it. And so your your point really is they can get the bank statement or whatever it is that I've looked at before as well obviously not in this record the district court could have done that pretty easily if it saw something that was unclear on it it could have found out what that was through evidentiary means and it didn't do any of that didn't do any of that and and the defendant should have the right to at least explain where the money came from if there is a question you know if it's in question as to whether it is in one of these two piles right but I remember those statements pretty clearly at least with regards to Unicor said that's where they came from with regards to outside payments it's a little more difficult I agree with that absolutely but it is it is doable and it should have been done in this case I see that I'm out of time unless the court has any other questions leave the balance for rebuttal can you just clarify one thing in the record for me I say your point about knowing the source of the funds didn't your client at least indicate to some extent that these these were monies that were contributed by family I mean isn't that why we're talking about this well so in in at the and he attached some documents to his brief to make those arguments none of that's in the district court record there's there's nothing in the in the record as it exists before this court as a court of review to get us anywhere near there anything further no your honor all right thank you counsel you'll have your full time for a rebuttal thank you Miss Hino you may proceed thank you your honor may it please the court my name is Rima Ina and I'm an assistant United States attorney representing the United States in this case this court should affirm the district court's decision overturning or excuse me ordering the turnover of over four thousand dollars in Mr. Carson's inmate trust account to pay the restitution he owes for his and let me just be candid with you it seems to me that we don't know what that four thousand comprised of and as I understand it maybe I'm wrong about this I thought the district order thirty seven hundred turned over and three hundred left in the account and but how does the district court know that that three hundred isn't like that there isn't four hundred dollars of prison wages there and how does the district court know how that four thousand was accumulated because as Mr. Shad correctly said the district court did nothing here the government submitted something they just basically rubber stamped it and passed passed it on well your honor if I may originally Mr. Carson was put on a thirty two dollar a month payment plan because that's all he could afford towards his restitution the government received notification that he now had over four thousand dollars in his accounts they wrote the motion to the court which is part of the record I'm sorry the thirty two dollar a month I thought it was twenty five percent of prison wages am I thinking about that wrong that was the minimum that he had to pay the actual payment plan that he was put on turned out to be thirty two dollars a month is that based on his prison wages yes so when he when he when the United States received notification that he now had over four thousand dollars in his inmate trust account this is after the payment plan was vetted and determined and agreed to this represented a material change in his economic circumstances and that is what set the wheels in motion for the turnover of his funds so what provision what provision I'm sorry to interrupt you and the statute allows you to seize or to take that money in 18 usc 366 k says that a restitution order shall provide that if the defendant or the United States or the victim notifies the court of a material change the defendant's economic circumstances the court may on its own motion or the motion of any party adjust the payment schedule or require immediate payment in full as justice requires that statute does not require a hearing or a fact-finding analysis since the statute has been determined to be self-executing by many circuits around the country this is usually an automatic payment requirement the United States of America gets notification of change of changes in the inmate trust accounts thousands at a time and if it were to stop and to have a fact-finding analysis for every single time that changes occurred in an inmate's trust account the system would come to a screeching halt and what does it mean to be an adjustment well it says here an adjustment to the payment schedule or require immediate payment in full and so what you're saying is they were the defendant an opportunity at least to explain why it's not the statute does not provide for that it does not provide for that type of hearing it says the court may on its own motion adjust the payment schedule again this statute also is similar to 366 4n which was being spoken about previously regarding the substantial resources i've cited cases in my brief on pages 12 and 13 courts have defined substantial resources pursuant to dollar amounts as low as $1,400 or $1,000 have been determined to be substantial resources and here we have over $4,000 pursuant to the government's motion this $4,000 was deposited in at one time so we do not have a situation here where we have cited by opposing counsel can be distinguished in that way the woodridge use cases were gradual accumulation of prison wages and that's not the situation doesn't the defendant get the chance to challenge the government's assertion again the statute doesn't provide for that again many circuits have have determined this is an automatic payment that is triggered by the change in the financial circumstances of the inmate under the crime victims rights act the the the defendant requires some determination where the money came from um well at least to segregate out certain amounts there are some exemptions um because the united states has may treat the restitution order as a leap and under that statute there are some exceptions um and those would be things that would be like tax exempts such as wearing apparel fuel books um unemployment benefits none of these exceptions apply in this case because this is a lump sum of cash and the district court make that finding i know you provided notice of it did the district the district court did it make any findings um well that was the the motion to the court said that the court's order says the full amount of non-exempt funds must be turned over so it left room for if any of these funds is determined to be exempt they would then how does okay so now is the onus on the defendant to come forward i mean is there some sort of process because mr shad also says look if you can take his property without any process that's a due violation so to the extent this provision k provides for that it creates constitutional problems if you don't give the defendant an opportunity to be heard well um again under three six one three a the united states can step into the defendant's shoes and take the money because it is owed like a lien and that's why um they do not have to provide him a hearing or any is owed um as like a lien would be owed um and again these exemptions are very rare to apply to someone in prison um again it would be like i said before unemployment benefits books fuel wearing apparel workers comp these are things that inmates don't receive in prison so the exceptions wouldn't apply here and that's why it would be futile or in vain to stop and do a hearing every single time is there any is there any mechanism suppose the government makes a mistake of some kind and the district court the next day issues an order following what the government's done does it defend to get any chance at all to challenge the order now the the inmate i'm sure received notification of what happened and that's what's what brought this legal action to court um he could have filed a grievance if if an exemption does apply he certainly could have brought it up and also didn't this didn't this happen like quite quickly and in time did the government one day in the court very quickly then entered the order they did okay so when did who's the defendant supposed to file the grievance when said when he can file it with the prison um who at the time was still in possession of the funds before they turned it over when when i mean the court's already issued an order dispersing the funds to the government um well in that time um what time the 24 hours i mean theoretically not the prisoner in 24 hours supposed to do this that can't be the answer um and you know interestingly enough if that is opposing that is the appellant's argument that an exception it's not there it's my it's my question okay um yeah i mean in in this scenario i i don't know when he would have been able to do that um in this scenario an exception doesn't apply i guess um i mean i guess we don't necessarily know that for certain and there are some we might want some certainty that these are donated funds as opposed to to work or you know money he's accumulated through work and this this scheme you've put forward not not scheme in terms of critical way but the process you put forward gives the defendant no say before the order is issued then the appeal clock starts running i'm just not sure it just doesn't it doesn't seem to accommodate all any an objection by the defendant maybe you think that's the process doesn't require that and the statutes don't require that it just as a practical matter doesn't seem to me to afford the defendant any opportunity to weigh in essentially yeah i mean unfortunately the statutes do say what they say and they do not provide for any type of hearing what did you provide to the court remind me did you provide the financial statement to show it was a one-time payment by the family um just as an initial matter it wasn't a one-time payment by the family i understand that that is on the record what this actually was was a stimulus check the four thousand dollars was a stimulus check um and it counsel i didn't hear you i'm sorry yes what did you provide to the court um the the united states did file a motion with the court they did not provide bank statements they did not um the four thousand dollars was a stimulus check four thousand dollars was what a stimulus check the coronavirus stimulus checks um so the many prisoners did receive um stimulus checks and so the united states um filed these motions and got most of the stimulus money back um and then you obviously um mr carson chose to as why are prisoners getting stimulus checks um the the under the coronavirus act um everything just went out very quickly once the united states realized that the inmates received the money that's why they filed all of these for turnover to get it back that's and that was why they they they moved to turn over the money to get it back and that's what it was it was indicated it was indicated it was indicated at district court this was a stimulus stimulus check unfortunately that is not on the record all right so i mean just i mean so by this again by this regime you set up district court enters the order we appeal we appoint counsel we always briefing and then you tell us today that's a stimulus check and we're supposed to accept that and say okay no problem and then affirm i mean this that just can't and really it's incumbent upon the government to come forward with that information um yes your honor and and the fact that it's a stimulus check isn't the deciding factor here even if it was a lump sum payment from his family the same rationale my problem counsel it's it sounds like we're setting up because okay let's assume it's a stimulus check um but what you're doing is you're setting up a process you're asking us to set up a process that anytime the government comes forward the defendant has no say and the money can be taken out and if as to judge rayler's question if the government makes a mistake there's no way to stop you say go to prison and file a grievance is the prison tell me a prison in america that's going to defy a district court order and say okay we're not going to send that money out because you filed a grievance there's no way to stop it so imagine it is prison wages and you have a garnishment order and the guy's making 90 a month and he's in for 240 months and i get that this was only four years but if he's making a hundred a month or whatever it is 96 dollars in in addition to the 32 um i could see a world where he accumulates 600 and then the government comes forward when he gets a windfall so you're entitled to the money and the district court does no inquiry and just gives 3700 up they're taking away some of the wages that they're not entitled to your honor in that scenario when an inmate is making wages that circumstance is taken to account when the inmate has the repayment plan and they're set up on a repayment plan and that's what was done here for mr carson what happened was an extreme change in his financial circumstances with the four thousand dollars and it wasn't from him accumulating my wrong i thought you said they were taking 32 a month pursuant to the garnishment order the original restitution order which as i understand is 25 which means he's making 128 or whatever a month so he is making about 100 a month that he gets to keep and so that's my only point is imagine a case where he doesn't get a four thousand dollar stimulus check but there is some portion of money put in what if the government mistakenly takes it all that was his recourse that would be a different scenario because that wouldn't represent a material change which would which would trigger the statute which allow if he has a thousand that he's put in in wages i'm sorry to interrupt you and three thousand that is deposited that sounds like a material change to me well the three thousand deposited is right so then what happens when the government comes forward and claims four thousand you're saying the district court could rubber stamp that without the defendant being able to say wait a minute a thousand has nothing to do with that because those are wages i had in the account and so back to judge radler's initial question what if the government makes a mistake well in this scenario the government was notified of the four thousand dollar lump sum deposit which was a change and that's what had triggered the statute which turned over which required the turnover i mean it would be nice if we could look at the record and the government would have said look this is a stimulus check we mistakenly paid these prisoners and so we want to use this provision to make restitution it seems to me the court then could have said okay i can see the four thousand dollar stimulus check so i'm at least making that findings right there's not even a finding of a material change by the district court in essence is there the district court did not say that in its order it didn't um it the other circuits have determined that this statute is self-executing and that uh findings of fact and um the spelling that out in the order isn't always required per other circuits um again under the statutes that we have in front of us um that kind of that kind of fact finding is a requirement under the statute um again the united states does thousands of these at a time um and so the sheer volume that they have um i guess that would be the only um rationale i can give you as to why it's not more thorough in detail let me ask one more question you don't do thousands of these at a time unless you screw up right i mean this is the united states saying we screwed up we sent all these bunnies to inmates and so now we're doing thousands of them at a time because in my 10 years on the district court i don't remember a single one of these um i know in this scenario we had thousands at a time because okay yes can i ask one other question separate issue yes did the government notify the defendant about these change or sorry the victim did the government notify the victim about these change in circumstances the government is to notify the victim the attorney general is to notify the yes i agree did that happen um i don't know that um but don't you have to certify it to the court in order for this provision to be self whatever you called it i'm sorry self executing yes your honor yes it is and i can i can review the record to ensure that that was done but yes but i i assume that was done i can review the record to ensure that would be something you normally would tell the district court rather than assuring the court of appeals that you'll go back and look at the record later on yes your honor and that is required under the statute which is what um the government moved under the statute for the turnover my my audio isn't great are you saying that the uh prisoner was notified uh that the government was notifying the judge that there had been a substantial change with an eye toward changing the restitution that he received that notice before you went before the court um we did send him notice the court sent the order the next day after the motion so the court ordered the turnover before presumably before the inmate received our notice i'm sorry i you're it was sent the day before but he may not have received it before the order issued okay any other questions judge white no thank you judge radler oh thank you thank you very much thank you mr chad yes you have four minutes thank you your honor just a couple of cleanup comments and i don't know if i'll take all four minutes uh judge white to your question i just want to make sure that the record's clear uh they filed the motion on let's say day one um and then they sent a copy of that motion via u.s mail to the defendant who is in prison in a federal prison the next day the court signed off on the order so uh you know for all practical purposes there's no received the motion before the order was signed but more than that he didn't have the certainly didn't have the opportunity to respond to that motion before the order was filed set aside the due process concerns for a second yes i understand your argument there do you do you agree it looks to me like your friend's argument on the other side missy knows is is a valid one in the sense i'm not saying the united states complied um that it is self-executing it reads as if it's self-executing if they certify if they do all the things they're supposed to do so i i'll disagree with that on two levels so the first level is that today they are relying on 36 64 k they never relied upon that at the district court level if you take a look at their motion they never rely on k they only go with n i understand look i think you have a good argument what i'm asking is more of a hypothetical if they comply yeah is it self-executing that's what i want to understand no and and the reason it's not self-executing is in one of the cases that they cited to you and that's united states versus syed it's a seventh circuit case um and that is the case that they rely on about the standing in the shoes of the defendant because it's a lean and that k's language makes it self-executing and but syed actually says except for non-exempt property and so if she admitted that yeah i'm sorry your honor she admitted that non-exempt would not be covered right but the problem here is that you can't you can't use the term self-executing um when a district court has to make a finding that it's exempt or non-exempt property in other words something has to happen if it was self-executing then a couple things one you wouldn't have to motion the court and number two you wouldn't have to go through and make and have someone make a determination of whether it's exempt or non-exempt property that is the well you don't have to motion of self-executing they only have to notify the court so assume they notify the court and say look we screwed up we sat on four thousand we certified to the victim that there's this windfall and then that's all we're telling you is we're giving you a notification it says the district court may on its own motion do this yes and the court may on its own motion do that none of that obviously occurred but i think more than that the court has to satisfy itself that it's still non-exempt uh and that has to be at least probably at least within the motion or something right um and so there's got to be something there's got to be another side to that for that for that to even occur and there's got to be a process for the defendant to at least say no no no this is exempt property and here's why and by the way that list of exempt properties a lot more than just books and things like that there's like i think four of the things are money um you know it's like child support payments it's uh tax maybe tax return i can't remember the list there's not a lot of money there's a lot of money in there um and so um and again so that's that's kind of where mr carson sits today um and he is due his day in court on this at least have the opportunity to explain uh he should get his money back until he until they can prove that it shouldn't be his can i can i ask you counsel the i don't think you argue on appeal that we should vacate we should vacate and remand in part because the victims were not notified well so i actually uh i think i put it in my reply brief because that that section in k so i do this whole argument that says let me just let me just uh i'll go back and look at your reply brief i didn't see it yeah but um is it your that's on remand is is it your position that that has to happen before a district court can enter the order that they want they want to if they want to rely on k which up up till appeal they have not and what's your what's your best it says it has to happen the statute says it has to should happen the statute to my reading doesn't say it's a prerequisite to the court entering i think it's in the statute shall notify but the court the court's duty is the course um works off of notification right uh but not not i i would read notification notification not about the the notice to the to the um victim but by someone's notice to the court yeah i so there's also and i don't have the statute in front of me but isn't it also shall certify that they have done the notice have done the yeah yes yeah yeah your argument your argument that that's a prerequisite is just straight from the tech that's that's absolutely absolutely anything else judge raylor no how did um did this ever go back before the court the district court yeah i know so what happened was the notice of appeal or the the motion was filed the order was ordered the next day and then mr carson filed a notice of appeal thereafter so there's been nothing else in the district court on this topic it's a very very finite record okay anything else judge white no thank you thank you both counsel thank you for doing this and we really appreciate it thank you for doing it via zoom we appreciate your thoughtful arguments and we'll take it under consideration